**Daryl Lowrey**
(Name)

**CSP-Solano - P.O. Box 4000**
(Address)

**Vacaville, Ca. 95696-4000**
(City, State, Zip)

**AP4559**
(CDC Inmate No.)

FILED
APR 27 2015
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

2254 _____ 1983 ✓
FILING FEE PAID
Yes _____ No ✓
IFP MOTION FILED
Yes ✓ No _____
COPIES SENT TO
Court ✓ ProSe _____

# United States District Court
## Southern District of California

**Daryl Lowrey**,
(Enter full name of plaintiff in this action.)

Plaintiff,

v.

**San Diego Metropolitan Transit Systems, Universial Protection Services, Alpha Dog (?), Nathaniel Goodwin, Eric Arnold - Warden**
(Enter full name of each defendant in this action.)

Defendant(s).

Civil Case No. **15CV0929 LAB RBB**
(To be supplied by Court Clerk)

Complaint under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.
**Under 28 U.S.C. 1343 (a)(1) and (3)(4)**

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Plaintiff, **Daryl Lowrey**, (print Plaintiff's name) who presently resides at **California State Prison - Solano Vacaville Ca.** (mailing address or place of confinement), were violated by the actions of the below named individuals. The actions were directed against Plaintiff at **National City, California** (institution/place where violation occurred) on (dates) **11-24-12** (Count 1), _____ (Count 2), and _____ (Count 3).

§ 1983 SD Form
(Rev. 2/05)

2. <u>Defendants</u>: (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant **Alpha Dority** resides in **San Diego**, (County of residence)
and is employed as a **San Diego Metropolitan Transit**. This defendant is sued in
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: He was on the his cell phone as I walking to work he and Nathan Goodwin tackled me and messed up both knees. (liberty of the individual)

Defendant **Nathan Goodwin** resides in **San Diego**, (County of residence)
and is employed as a **Universal Protection Service**. This defendant is sued in
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: Nathan Goodwin was wearing a Universal Protection Service Uniform on 11-24-12, also I was off the property in which was watching (due process)(liberty)

Defendant _____ resides in _____,
and is employed as a _____. This defendant is sued in
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: _____

Defendant _____ resides in _____,
and is employed as a _____. This defendant is sued in
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: _____

§ 1983 SD Form
(Rev. 2/05)

2


**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: **Freedom From cruel and unusual punishment, deliberate indifference, malicious indifference** (E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.) **Intentional violation of constitutional Rights**

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 1.]

On Nov 29th 2012, I had got off the Blue Line trolley going to work at my friend office XDI, X-Ray Diagnostic Imaging, I helping with a 2500 pd X-ray machine, I had got off the trolley on 24+ National City trolley station, I walked to the parking lot, I seen the security guard out of the right side I started walking across the parking lot he drove from right side and stated that I threw a can at the MTS SUV that he was driving, I told him I never threw anything at the vehicle, because he's parked way over by National City Adult Education Center and I'm off the trolley walking with nothing in my hands to 24th St, as I'm off of MTS Property and Nathan Goodwin stated that I threw a can at the SUV which had on the door (San Diego Metropolitan Transit) on it, I never had a can nor did I throw a can at his vehicle, Mr Goodwin came in the SUV and tried to attack me as I was walking down 24th St. then Mr Dority was standing by his truck talking on his cell phone, he had seen me walking down the street, and Mr Goodwin coming up from behind me to strike me with his baton, I turned around to defend myself and grabbed baton and threw to the curb, at

Count 2: The following civil right has been violated: Falsify court document violation of right to Fair trial, constitutional issuses
(E.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

Preliminary Hearing he stated that I hit him 3 times with his own baton in the back of the legs, I never hit him with his baton at all, where are all the injuries and hospital reports, doctors reports, Also under F.R.C.P 60(b)(3) where not only the Superior court committed fraud by photocopying documents that they stated I signed April 15th 2013, I've been trying to get video of me in the courthouse talking to the judge, and my lawyer and the D.A... The courtroom has camera's, Also when they show my face I would like to know what I said. I have so-called transcripts, and there is one how can I sign a plea and go to trial May 13th 2013. I will be getting out of here June 22th 2015, on that Monday I hope this will be filed already. I will bring you a copy of this transcript My mother and my sister were coming out here on vacation with my Aunt, and cousin. in May for Mother's Day it states on the 12th Any way I did ask them on May 5th that when my mother stated that they are coming out to visit, None of what they said in the transcripts is true 138, My mother and sister started May 9-12 on vacation I did not find out until the 5th of May

Count 3: The following civil right has been violated: __Violation of Due Process, and Falsyfing Transcripts, and Court Documents__
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 3.]

4 days before there trip, there is no way April 15th 2013 that I even knew about any trip my mother was taking. I need for the Federal Court to read all my transcripts like I've done. Also I would like for you to read the prelim transcript and how Nathan Goodwin committed perjury on witness stand. When you read the prelim transcripts Mr. Goodwin stated on p. 44 lines 005 thru 28, he stated I was in handcuffs, how can I strike anybody in the back of the legs. I would like the Federal Courts to look at not only the lies that Mr. Goodwin stated but also the what the Courts, D.A. Office, and my own lawyer Ms Tyrell, they all lied, misrepresented and committed Judicial Misconduct, also an illegal enhancement was given, and a strike that I never agree on at anytime. "The Court of Appeal for the State of California stated," Found that assault with a deadly weapon was a crime of moral turpitude because the statute requires an intentional act with a deadly weapon, I never had any weapon nor did I assault Goodwin, he came at me with baton drawn. Respondent has not cited a case in which moral turpitude in an act committed solely by omission be it intentional or reckless or negligent.

## D: Previous Lawsuits and Administrative Relief

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☒ Yes ☐ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: Darcy Lowery
Defendants: San Diego Metropolitan Transit System + Heritage Security

(b) Name of the court and docket number: Civil No. 09-CV-0852 (BTM)WVG, 09-CV-0898 (BTM)WVG, 09-CV-1141 (BTM)WVG.

(c) Disposition: [For example, was the case dismissed, appealed, or still pending?] I'm Finally going to have my charges appeal to the 9th Cir.

(d) Issues raised: False Imprisonment, Injuries broken bones in my were broken in April 15th, 2009, Judge Gallo showed me how bias the Judicial System is toward blacks that have been wrong, and lied too and lied upon, if a black. All constitutional and Civil Right issues were raised.

(e) Approximate date case was filed: April and May of 2009

(f) Approximate date of disposition: October 31, 2012 by Mag Wu Gallo

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.]? ☐ Yes ☒ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought.

Because on Nov 29 2012 I was heading to work to help my friend Xavier move medical equipment, Also in August when Judge Gallo had stated that I missed a settlement conference I never recieved any mail as to any settlement conference at anytime, I came to far to miss any type of conference, I never recieved in my hand anything from the courts. Judge Gallo did this so he could dismiss my case, and this will be in 9th Circuit court

### E. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): Harassment - Trolley Security I want theres attorney's not to harass me, I would like to settle peacefully, also I would like to have this done as quickly as possible, or I'm going to press T.V.

2. Damages in the sum of $ Millions.

3. Punitive damages in the sum of $ millions.

4. Other: I will show how the courts didn't do theres job, they wanted a dismissal.

### F. Demand for Jury Trial

Plaintiff demands a trial by ☒ Jury ☐ Court. (Choose one.)

### G. Consent to Magistrate Judge Jurisdiction

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☐ Plaintiff consents to magistrate judge jurisdiction as set forth above.

OR

☒ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

_____
Date

_____
Signature of Plaintiff

JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I (a) PLAINTIFFS**: Darryl Lowrey

**DEFENDANTS**: San Diego Metropolitan Transit Systems, Universal Protection Service of America, Alpha Doxity, Nathaniel Goodwin.

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**: San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**: San Diego
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**: Emergency Phone 619-477-4934

**ATTORNEYS (IF KNOWN)**: Joseph Lidl, Lidelle Lounsbery, Larson, and Lidl

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)
- [x] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [x] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [x] 1 | Incorporated or Principal Place of Business in This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

**V. NATURE OF SUIT** (PLACE AN x IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 362 Personal Injury— Med Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 365 Personal Injury— Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [x] 320 Assault, Libel & Slander | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 630 Liquor Laws | **PROPERTY RIGHTS** | [ ] 450 Commerce/ICC Rates/etc. |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | **PERSONAL PROPERTY** | [ ] 650 Airline Regs | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability | [ ] 370 Other Fraud | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 810 Selective Service |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 371 Truth in Lending | [ ] 690 Other | **SOCIAL SECURITY** | [ ] 850 Securities/Commodities Exchange |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 380 Other Personal Property Damage | **LABOR** | [ ] 861 HIA (1395ff) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 190 Other Contract | [x] 360 Other Personal Injury | [ ] 385 Property Damage Product Liability | [ ] 710 Fair Labor Standards Act | [ ] 862 Black Lung (923) | [ ] 891 Agricultural Acts |
| [ ] 195 Contract Product Liability | | | [ ] 720 Labor/Mgmt. Relations | [ ] 863 DIWC/DIWW (405(g)) | [ ] 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 730 Labor/Mgmt. Reporting & Disclosure Act | [ ] 864 SSID Title XVI | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [x] 510 Motions to Vacate Sentence | [ ] 740 Railway Labor Act | [ ] 865 RSI (405(g)) | [ ] 894 Energy Allocation Act |
| [ ] 220 Foreclosure | [ ] 442 Employment | Habeas Corpus: | [ ] 790 Other Labor Litigation | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/ Accommodations | [ ] 530 General | [ ] 791 Empl. Ret. Inc. Security Act | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 240 Torts to Land | [ ] 444 Welfare | [ ] 535 Death Penalty | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 950 Constitutionality of State Statutes |
| [ ] 245 Tort Product Liability | [ ] 440 Other Civil Rights | [ ] 540 Mandamus & Other | | | [ ] 890 Other Statutory Actions |
| [ ] 290 All Other Real Property | | [ ] 550 Other | | | |

**VI. ORIGIN** (PLACE AN x IN ONE BOX ONLY)
- [ ] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT**: CHECK IF THIS IS A CLASS ACTION [ ] UNDER F.R.C.P. 23
**DEMAND $**: Millions
**JURY DEMAND**: [x] YES [ ] NO

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD

UNITED STATES DISTRICT COURT

# PROOF OF SERVICE BY MAIL
## BY PRISONER "IN PRO PER"

I hereby certify that I am over the age of 18 years of age, that I am representing myself, and that I am a prison inmate.

My prison address is:	California State Prison - Solano
Housing: 17-126-L
P.O. Box 4000
Vacaville, California 95696-4000

On the "*date*" specified below, I served the following document(s) on the parties listed below by delivering them in an envelope to prison authorities for deposit in the United States Mail pursuant to the "Prison Mailbox Rule":

Case Name: _Lowry v. MTS and Universal Protect Service_  Case #: _____

Document(s) Served: _Complaint under Civil Right Act 42 USC § 1983_

The envelope(s), with postage fully pre-paid or with a prison Trust Account Withdrawal Form attached pursuant to prison regulations, was/were addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed on _April 23rd 2015_, in Vacaville, California.
"date"

Signature: _/s/ Daryl Lowry_

Printed Name: _Daryl Lowry_

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Daryl Lowry
AP8559

**DEFENDANTS**
San Diego Metropolitan Transit Systems, et al.

FILED
APR 27 2015

2254
1983
FILING FEE PAID

15CV0929 LAB RBB

**(b)** County of Residence of First Listed Plaintiff  Solano
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Daryl Lowry
PO Box 4000
Vacaville CA 95696-4000

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☒ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42:1983
Brief description of cause:
Prisoner Civil Rights

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE
DOCKET NUMBER

DATE: 04/27/2015
SIGNATURE OF ATTORNEY OF RECORD: s/SKHoestenbach

**FOR OFFICE USE ONLY**
RECEIPT #         AMOUNT         APPLYING IFP         JUDGE         MAG. JUDGE

Daryl Lowrey AD8559
C5-B Solano
P.O. Box 4000
Vacaville, CA 95696-4000
California-State Prison-Solano

United States District Court
Southern District of California
Office of The Clerk
333 West Broadway Suite 420
San Diego, California 92101

LEGAL MAIL



c/o Governor 4-23-15



APR 27 2015
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFO
RECEIVED