<u>United States District Court</u>
<u>Southern District of California</u>

Daryl Lowry

v.

San Diego Metropolitan Transit ) Case No:
Universal Protection Services ) 3:15-CV-00929
Alpha Doerity-Maintence-MTS )
Nathaniel Goodwin-Security Officer )

FILED
May 29 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ sarahkateh DEPUTY

NUNC PRO TUNC
5/28/15

RECEIVED IN DOCKETING
MAY 28 2015

To Judge Ruben Brooks I will be getting out of CSP-Solano on June 22th 2015 I know I can't talk to you without the other party there, but the other party lied to have me put in prison, for me suing them in 2009, Also I was not able to respond to Judge Gallo report and Recommendation that the way this was done. Judge Brooks under 28 U.S.C. § 636(b)(1) I was never told that I was able to respond to the R+R 09-CV-0882-BTM (WVG), 09-CV-0898, 09-CV-1141, I told Judge Moskowitz I wanted to go to trial... This is what happened on that Monday morning I'd been walking down Clairemont Drive to get ready to catch the bus and I thought I had my cell phone with me come to find out I lost that also in the process I had lost my P.O. Box

two days later thing were so bad for a minute about a week later I asked my so-called friends Kenny and Isik if I could recieve my mail at there store until I got things together during that time I had asked Isik if I had any mail come everyday he always stated no to me, but in the process I found out that they were reading and destroying it before I had got to the store, Judge Batto theought that I was trying not to give anything to MTS. Any way Judge Brookes I will be getting out June 22th 2015, I will give you the new address to where I will be recieving my mail by my feirend and he also has power of attorney Xavier Hernandez a person I can trust... Judge Brookes I have been beaten up, Falsely Imprisoned 3 time by Metropolitan Transit System, this time Nathan Goodwin lied and stated I threw a can at his MTS SUV there was never a can around or on me and I was, this will be taken care of at ENE conference I would like to have this as soon as I get out of here... Also Judge Brookes I notice a lot of cases get dismissed or Report and Rec- ommendation which is not Fair to the Pro Se litigats do not get a fair shake from either the State or Federal courts, but I hope this

changes, Also Judge in your papers you stated I had to put up $400.00 fee on page they didn't sign the trust account withdrawal they stamped it, if you look at case 15-CV-0395 OHS NLS I have 0 dollars I'm not rich, and I'm in prison until June 22th 2015, I don't make any money here. Judge I've been falsely accused of a crime by Metropolitan Transit and these people that I named I've spent 2 year and 7 month in prison, I've had my Van Faritured I've suffered enough I want to go trial and not in 3 or 4 year Now.

Sincerely
Daryl
Lowry

# PROOF OF SERVICE BY MAIL
## BY PRISONER "IN PRO PER"

I hereby certify that I am over the age of 18 years of age, that I am representing myself, and that I am a prison inmate.

My prison address is:   California State Prison - Solano
Housing: _17-126-L_
P.O. Box 4000
Vacaville, California 95696-4000

On the "date" specified below, I served the following document(s) on the parties listed below by delivering them in an envelope to prison authorities for deposit in the United States Mail pursuant to the "Prison Mailbox Rule":

Case Name: _Lowry v. San Diego M.T.S._   Case #: _3:15 CV 00929_

Document(s) Served: _I'm writing this motion for 605-law-brenus, I will be out of California State Prison on June 17, 2015_

The envelope(s), with postage fully pre-paid or with a prison Trust Account Withdrawal Form attached pursuant to prison regulations, was/were addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed on _May 13th 2015_, in Vacaville, California.
"date"

Signature: _[signature]_

Printed Name: _Darryll Lowry_

Daryll Lowry AP6559
CSP-Solano
P.O. Box 4000
Vacaville, CA. 95696-4000

California State Prison-Solano

**LEGAL MAIL**

CSP SOLANO
STATE PRISON

US POSTAGE $000.48

To: Magistrate Ruben B. Brooks
United States District Court
Southern District of California
Office of the Clerk
333 West Broadway #4290
San Diego, CA. 92101

92101$3805

C/o SANTos
5-19-15